# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois   60604**

September 14, 2023

**By the Court:**

| | |
|---|---|
| MOTOROLA SOLUTIONS, INC. and MOTOROLA SOLUTIONS MALAYSIA SDN. BHD., *Plaintiffs-Appellees*, | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division. |
| Nos. 22-1118 and 22-1919    v. | No. 1:17-cv-01973 |
| HYTERA COMMUNICATIONS CORPORATION LTD., *Defendant-Appellant*. | Charles R. Norgle, Judge. |

# O R D E R

On consideration of the papers filed in these appeals (and particularly Motorola's response to the court's order of May 25, 2023), and review of the short records,

IT IS ORDERED that the panel assigned to Appeal No. 22-2413 (consolidated with 22-2370) will decide if either of these earlier appeals should be dismissed as unnecessary in light of the notice of appeal filed on August 5, 2022 (and docketed as 22-2413), listing the various orders and rulings that the Motorola cross-appellants want this court to review. *See* Fed. App. P. 3(c)(4)-(6).